IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL FARROW CANNON, et al,

      Plaintiffs,　　　　　　　No. CIV S- 05-0224 FCD GGH P

  vs.

STATE OF CALIFORNIA, et al.,

      Defendants.　　　　　　　ORDER

_____/

      On July 18, 2005, plaintiff filed a document objecting to the magistrate's order filed on June 13, 2005.[1] The court construes the objection as a request for reconsideration of the order, wherein plaintiff's complaint was dismissed, with leave to file either an amended complaint or a habeas petition, as appropriate, and wherein a prematurely filed notice of appeal as well as a Rule 60(b) motion directed at another case were stricken. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

\\\\\

\\\\\

---

[1] Plaintiff indicates that date of the order is June 10, 2005, which is the date the order was signed, rather than filed.

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed June 13, 2005, is affirmed.
3 DATED:July 29, 2005

5                                             /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL JR.
6                                               United States District Judge