IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL FARROW CANNON, et al.,

    Plaintiff,

vs.

STATE OF CALIFORNIA,

    Defendants.

No. CIV S-05-0224 FCD GGH P

FINDINGS & RECOMMENDATIONS

/

    By order filed June 13, 2005, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint or a habeas petition, as appropriate, was granted. On July 18, 2005, plaintiff filed a request for reconsideration of the June 13th order. On July 29, 2005, Judge Damrell affirmed the June 13, 2005, order. To date, plaintiff has not filed an amended complaint or a habeas corpus application.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: 1/10/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
cann0224.fta