IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL FARROW CANNON, et al.,
       Plaintiff,                  No. CIV S-05-0224 FCD GGH P

vs.

STATE OF CALIFORNIA, et al.,
       Defendants.        ORDER
_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 11, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] However, plaintiff has still not filed any document that can be construed either as an amended complaint or as a habeas petition.

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1.  The findings and recommendations filed January 11, 2006 are adopted in full;
5  and
6          2.  This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.
7  Civ. P. 41(b).
8  DATED: March 15, 2006

10         /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.
11         United States District Judge